IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MARIA R PUIG LUGO

XXX-XX-1987

Debtor(s)

CASE NO. 11-04789 ESL

Chapter 7

**FILED & ENTERED ON 09/13/2011**

ORDER

Trustee's motion requesting extension of time (forty-five days) to object to the Discharge of Debtor or to determine Dischargeability of a Debt (docket entry #11) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 13 day of September, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:  DEBTOR(S)
     TERESA M LUBE CAPO
     WIGBERTO  LUGO MENDER
     US TRUSTEE